**Order entered March 10, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01102-CR

## EX PARTE SCOTT KENT CHAMBERLAIN

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-83088-2020**

## ORDER

Before the Court is the State's March 8, 2021 first motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief filed on or before March 25, 2021.

/s/    DENNISE GARCIA
        JUSTICE